# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTGOMERY CARL AKERS,

            Plaintiff,          Case No. 2:07-cv-00572-JCM-GWF

vs.                                     **ORDER**

JAMES KESZEI, *et al.*,

            Defendants.

        Presently before the court is plaintiff Montgomery Carl Akers' motion for district judge to clarify a minute order. (Doc. #205). Plaintiff requests the court to clarify a minute order regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland*. (Doc. #200).

        This minute order (Doc. #200) sets forth the legal standards for various dispositive motions and the briefing schedule for defendant Nicholas Voulgaris' motion to dismiss. This motion to dismiss has already been briefed and denied by the court. Accordingly, this motion is denied as moot.

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Montgomery Carl Akers' motion for district judge to clarify a minute order (Doc. #205) be, and the same hereby is, DENIED as moot.

        DATED this 6th day of August, 2010.

                                                            **UNITED STATES DISTRICT JUDGE**