# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MONTGOMERY CARL AKERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-00572-JCM-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JAMES KESZEI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff Montgomery Carl Akers' Motion to Vacate the Order of Magistrate George W. Foley Regarding Pre-Trial Matters (#269), filed November 18, 2010. Plaintiff requests that the Court vacate its prior order (#261) setting November 15, 2010 as the deadline for the parties to file a joint pretrial order. As there are several motions pending, including a motion to reopen discovery, the Court finds good cause to stay the deadline for filing a joint pretrial order. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Montgomery Carl Akers' Motion to Vacate the Order of Magistrate George W. Foley Regarding Pre-Trial Matters (#269) is **granted in part**. The deadline for the parties to file a joint pretrial order is stayed until 20 days after the Court rules on Plaintiff's motion to reopen discovery (#263).

DATED this 19th day of November, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge