# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTGOMERY CARL AKERS,              )
                                    )
                Plaintiff,         )   Case No. 2:07-cv-00572-JCM-GWF
                                    )
vs.                                 )   **ORDER**
                                    )
JAMES KESZEI, *et al.*,             )   Motion to Order Service (#276)
                                    )
                Defendants.        )
_____)

       This matter is before the Court on Plaintiff's Motion to Order Service of the United States Marshal Service Upon Defendant James Keszei and Defendant Nicholas Voulgaris of the Plaintiff's Amended Complaint (#276), filed December 20, 2010.  Plaintiff has been previously granted leave to proceed *in forma pauperis* and may utilize the services of the U.S. Marshals' office to accomplish service in accordance with Fed.R.Civ.P. 4.  (#37).  Accordingly,

       **IT IS HEREBY ORDERED** that the Clerk of the Court shall file Plaintiff's Amended Complaint (attached to *Pl.'s Mtn to Amend*, #264 at 6-16).

       **IT IS FURTHER ORDERED** that the Clerk of the Court shall send the required USM-285 forms to Plaintiff.  Plaintiff shall have twenty (20) days to complete the required USM-285 forms and furnish them to the U.S. Marshals Office at 333 Las Vegas Blvd. South, Suite 2058, Las Vegas, Nevada 89101.  After Plaintiff receives copies of the completed USM-285 forms from the U.S. Marshal, he has twenty (20) days to file a notice with the court identifying if Defendants were served.  If Plaintiff wishes to have the U.S. Marshal attempt service again on any unserved defendant, then a motion must be filed with the court identifying the unserved defendant, specifying a more detailed name and address and indicating whether some other manner of service should be used.  Pursuant to Rule 4(m) of the Federal

Rules of Civil Procedure, service must be accomplished within one hundred twenty (120) days from the date that the complaint was filed.

DATED this 22nd day of December, 2010.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**