# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONTGOMERY CARL AKERS, <br><br>　　　　　　　　　　Plaintiff, <br><br>vs. <br><br>JAMES KESZEI, *et al.*, <br><br>　　　　　　　　　　Defendants. | Case No. 2:07-cv-00572-JCM-GWF <br><br>**ORDER** <br><br>Motion for Reconsideration (#282) |

　　　This matter is before the Court on Plaintiff Montgomery Carl Akers' Motion for Reconsideration (#282), filed January 24, 2011.

　　　On January 11, 2011, the Court ordered the Clerk of the Court to mail two copies of Plaintiff's Amended Complaint (#278) to Plaintiff. In the present motion, Plaintiff states that the Clerk of the Court mistakenly sent him a different amended complaint (#264) than the amended complaint filed as docket number 278. Upon review of the docket, Plaintiff's Amended Complaint (#278) is the same proposed amended complaint Plaintiff filed as an exhibit to his Motion to Amend Complaint (#264). The copies of the amended complaint mailed to Plaintiff filed under docket number 264 are the same as the amended complaint filed under docket number 278. Therefore, it is not necessary that Plaintiff receive new copies from the Clerk of the Court. Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiff Montgomery Carl Akers' Motion for Reconsideration (#282) is **denied**.

　　　DATED this 26th day of January, 2011.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
**UNITED STATES MAGISTRATE JUDGE**