# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTGOMERY CARL AKERS,

                Plaintiff,

vs.

JAMES KESZEI, *et al*.,

                Defendants.

Case No. 2:07-cv-00572-JCM-GWF

**ORDER**

Motion to Reopen Discovery (#263)

       This matter is before the Court on Plaintiff's Motion to Reopen the Discovery Process in Regard to Defendant Nicholas Voulgaris and Defendant James Keszei (#263), filed October 21, 2010; Defendant Keszei's Response to Plaintiff's Motion to Reopen Discovery (#267), filed October 22, 2010; and Plaintiff's Reply (#268), filed November 9, 2010.

       To date, Plaintiff has yet to serve the defendants named in his amended complaint (#287). Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion to Reopen the Discovery Process in Regard to Defendant Nicholas Voulgaris and Defendant James Keszei (#263) is **denied without prejudice**. Plaintiff may move to reopen discovery once the defendants have responded to the amended complaint.

       DATED this 11th day of March, 2011.

**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**