# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTGOMERY CARL AKERS,

                Plaintiff,                Case No. 2:07-cv-00572-JCM-GWF

vs.                                    **ORDER**

JAMES KESZEI, *et al*.,

                Defendants.

      Presently before the court is plaintiff's motion for order directing the clerk to serve upon the plaintiff filed copies of his amended complaint. (Doc. #289). Also before the court is plaintiff's motion for service by the United States Marshal Service in Nevada. (Doc. #290). To date, no response has been filed to either motion.

      From the docket it appears that Magistrate Judge Foley has already granted the relief requested in these motions. (*See* doc. #286).

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motions (docs. #289, 290) are DENIED as moot.

      DATED this 12th day of April, 2011.

                                                                              **UNITED STATES DISTRICT JUDGE**