# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MONTGOMERY CARL AKERS, *et al.*,

    Plaintiffs,

v.

JAMES KESZEI, *et al.*,

    Defendants.

2:07-CV-00572-JCM-GWF

**ORDER**

Presently before the court is plaintiff Montgomery Carl Akers' motion for magistrate judge to reconsider order on legal call with counsel. (Doc. #298). Defendants have not filed an opposition.

Though captioned as a motion for reconsideration of the magistrate judge's order regarding a legal call with counsel, the motion requests a temporary restraining order. Plaintiff, however, already moved this court for a temporary restraining order by separate motion (doc. #297) the same day the instant motion was filed. The court denied the motion for a temporary restraining order (doc. #300), and plaintiff has lodged an appeal of that decision with the Ninth Circuit (doc. #303). Accordingly, the present motion seeking a temporary restraining order is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for magistrate judge to reconsider order on legal call with counsel (doc. #298) be, and the same hereby is, DENIED.

DATED: August 26, 2011.

                                                */s/ James C. Mahan*
                                              UNITED STATES DISTRICT JUDGE