# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTGOMERY CARL AKERS,

          Plaintiff,

vs.

JAMES KESZEI, *et al.*,

          Defendants.

Case No. 2:07-cv-00572-JCM-GWF

**ORDER**

Plaintiff's Fourth Motion to Serve Defendants James Keskei and Nicholas Voulgaris (#309)

This matter is before the Court on Plaintiff's Fourth Motion to Serve Defendants James Keszei and Nicholas Voulgaris (#309), filed on August 29, 2011. On August 16, 2011, the Court entered an Order (#305), granting Plaintiff's Motion to Compel Service and ordering the clerk of the Court to send two USM-285 forms to Plaintiff. Plaintiff now brings this motion before the Court requesting the Court order service on Defendants Keszei and Voulgaris. It appears the Plaintiff did not receive the Court's Order (#305) dated August 16, 2011 and the accompanying USM-285 forms. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Fourth Motion to Motion to Serve Defendants James Keszei and Nicholas Voulgaris (#309) is **denied**. The Clerk of the Court shall send the Court's Order dated August 16, 2011(#305) and two (2) USM-285 forms to the Plaintiff at the current address on file for Plaintiff. Plaintiff must then comply with the Court's previous Order (#305) to effectuate service of process on the above named Defendants.

DATED this 31st day of August, 2011.

_____
**George Foley, Jr.**
**United States Magistrate Judge**