# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTGOMERY CARL AKERS,

      Plaintiff,     Case No. 2:07-cv-00572-JCM-GWF

vs.              **ORDER**

JAMES KESZEI, *et al.*,

      Defendants.

   This matter comes before the Court on Plaintiff's Motion for Order to Remail the Ruling or Order that was Previously Mailed to the Plaintiff Being Doc. 329 (#335), filed on October 31, 2011. Plaintiff informs the Court that he has re-signed the paperwork to allow the BOP to open his mail, and therefore requests that the Court re-send the Court's Order (#321), which was returned to the Court as undeliverable. In light of Plaintiff's representation that he has consented to allow BOP to process his mail, the Court will grant Plaintiff's request. To ensure that Plaintiff has received all the Court's Orders, the Court will order the Clerk of Court to re-send each of the following docket entries, which were returned as undeliverable: #321, #327, and #326.

   **IT IS HEREBY ORDERED** that Plaintiff's Motion for Order to Remail the Ruling or Order that was Previously Mailed to the Plaintiff Being Doc. 329 (#335) is **granted**. The Clerk of the Court shall send Plaintiff a copy of the following docket entries: #321, #327, and #326.

   DATED this 2nd day of November, 2011.

                    _____
                    GEORGE FOLEY, JR.
                    United States Magistrate Judge