# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTGOMERY CARL AKERS,

          Plaintiff,

vs.

JAMES KESZEI, *et al.*,

          Defendants.

Case No. 2:07-cv-00572-JCM-GWF

**ORDER**

    Presently before the court is plaintiff Montgomery Carl Akers' motion for reconsideration of the magistrate judge's order (doc. #349) denying an order to show cause and appointment of counsel. (Doc. #360). Defendants have not filed a response.

    The motion seeks review of the order based on allegations that the magistrate lacks impartiality and objectivity. However, plaintiff has failed to support these allegations.

    In reviewing the magistrate judge's order, this court finds that it constitutes a well-reasoned denial of the relief Mr. Akers' requests.

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for reconsideration of the magistrate judge's order (doc. #360) be, and the same hereby is, DENIED.

    DATED January 27, 2011.

                                      /s/ James C. Mahan
                              UNITED STATES DISTRICT JUDGE