1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

8  MONTGOMERY CARL AKERS,                )
                                         )
9                        Plaintiff,      )       Case No. 2:07-cv-00572-JCM-GWF
                                         )
10  vs.                                  )       **ORDER**
                                         )
11  JAMES KESZEI, *et al.*,              )       Plaintiff's Motion to Strike
                                         )       Reply (#363)
12                       Defendants.     )
    _____)

13

14       This matter comes before the Court on Plaintiff's Motion to Strike the Reply Memorandum

15  of Defendant James Keszei Under Federal Rules of Civil Procedure 11 Pre-Filing Investigation

16  Clause (#363), filed on January 27, 2012, and Defendant Keszei's Response to Plaintiff's Motion

17  to Strike Reply Brief (#364), filed on January 30, 2012.  Plaintiff requests that the Court strike

18  Defendant Keszei's Reply in Support of his Motion to Dismiss (#355) because Defendant Keszei

19  violated Federal Rule of Civil Procedure 11 by filing pleadings without conducting reasonable

20  investigation.  Plaintiff points to several statements in Defendant Keszei's Reply, which he believes

21  are "void of proof and truth."  Upon review, the Court finds Plaintiff's motion without merit.  The

22  Court will not strike Defendant Keszei's Reply simply because Plaintiff disagrees with the

23  characterization of certain facts.   Accordingly,

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike the Reply Memorandum of Defendant James Keszei Under Federal Rules of Civil Procedure 11 Pre-Filing Investigation Clause (#363) is **denied**.

DATED this 7th day of February, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge