UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MONTGOMERY CARL AKERS,

                      Plaintiff,

vs.

JAMES KESZEI, *et al.*,

                      Defendants.

Case No. 2:07-cv-00572-JCM-GWF

**ORDER**

Plaintiff's Motion to Strike Reply (#363)

      This matter comes before the Court on Plaintiff's Motion to Strike the Reply Memorandum of Defendant James Keszei Under Federal Rules of Civil Procedure 11 Pre-Filing Investigation Clause (#363), filed on January 27, 2012, and Defendant Keszei's Response to Plaintiff's Motion to Strike Reply Brief (#364), filed on January 30, 2012. Plaintiff requests that the Court strike Defendant Keszei's Reply in Support of his Motion to Dismiss (#355) because Defendant Keszei violated Federal Rule of Civil Procedure 11 by filing pleadings without conducting reasonable investigation. Plaintiff points to several statements in Defendant Keszei's Reply, which he believes are "void of proof and truth." Upon review, the Court finds Plaintiff's motion without merit. The Court will not strike Defendant Keszei's Reply simply because Plaintiff disagrees with the characterization of certain facts. Accordingly,

. . .

. . .

. . .

. . .

. . .

1  **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike the Reply Memorandum of
2  Defendant James Keszei Under Federal Rules of Civil Procedure 11 Pre-Filing Investigation Clause
3  (#363) is **denied**.
4  DATED this 7th day of February, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge